IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-52317G |
| Danny L. Ortiz | § | |
| Cynthia Ann Ortiz | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE AND DISTRIBUTE PREVIOUSLY AWARDED ATTORNEY'S FEES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Debtor (so denominated whether individual or joint), and files this, Motion to Voluntarily Dismiss Chapter 13 Case and Distribute Previously Awarded Attorney's Fees, and as grounds therefore would shows as follows:

I.

Debtor represents that Debtor is no longer able to continue this Chapter 13 case. Debtor further represents that this case has not been previously converted to Chapter 13 from another chapter of the Bankruptcy Code.

II.

Debtor may have unpaid Chapter 13 attorney's fees owed to Debtor's attorney. Such fees may be awarded under 11 U. S. C. sec. 330(a)(1) and (2) and constitute an administrative priority under 11 U. S. C. Sec. 507(a). Debtor requests that the Chapter 13 Trustee will disburse to the Debtor's Attorney (payable to Malaise Law Firm) from the balance of funds on the date of dismissal of this case an amount up to $347.82. Any excess funds received will be remitted to Debtor.

**PRAYER**

Wherefore, premises considered, Debtor prays the Court approve this Motion To Voluntarily Dismiss Chapter 13 case and Distribute Previously Awarded Attorney's Fees, and direct the

Chapter 13 Trustee to remit all funds on hand on the date of the dismissal of this case up to $347.82 to Debtor's attorney (payable to Malaise Law Firm).

Debtor(s):

_____
Danny L. Ortiz
9006 Portside
San Antonio, TX 78242

_____
Cynthia Ann Ortiz
9006 Portside
San Antonio, TX 78242

Respectfully submitted,

**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826

By: _____
J. Todd Malaise, SBN 00796984
David C. Werner, SBN 00797651
Steven G. Cennamo, SBN 04045600
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 5, 2018, service of a copy of the attached has been accomplished by **CM/ECF to Mary K. Viegelahn, Chapter 13 Trustee**, and by first class mail, postage paid, or hand delivered to the parties in interest listed below and to all parties listed on the attached mailing matrix.

Danny L. Ortiz and Cynthia Ann Ortiz
9006 Portside
San Antonio, TX 78242

U.S. Trustee
615 E. Houston St,. Rm 533
San Antonio, TX 78205

_____
J. Todd Malaise
David C. Werner
Steven G. Cennamo

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 15-52317-cag<br>Western District of Texas<br>San Antonio<br>Fri Oct  5 15:11:53 CDT 2018 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Aaron's<br>1739 SW Loop 410, Ste 601<br>San Antonio, TX 78227-1669 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Attorney General of the US<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0009 | Bexar County<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 |
| Bexar County<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson<br>711 Navarro, Ste. 300<br>San Antonio, TX 78205-1749 | Business & Professional Services<br>621 N. Alamo St.<br>Attn: Bankruptcy<br>San Antonio, TX 78215-1836 | Central Credit<br>9550 Regency Squar<br>Jacksonville, FL 32225-8169 |
| Cmre Financial Services Inc<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821-6753 | Commonwealth Financial<br>245 Main St<br>Dickson City, PA 18519-1641 | Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519-1641 |
| Conn Appliances, Inc.<br>d/b/a Conn's Home Plus<br>c/o Becket & Lee LLP<br>PO Box 3002 Dept Conns<br>Malvern,PA 19355-0702 | Conn Appliances, Inc. d/b/a Conns HomePlus<br>& attorney for Conn Credit I, LP<br>c/o Becket & Lee LLP<br>PO Box 3002 Dept. Conns<br>Malvern, PA 19355-0702 | Conns Appliances Inc. as Attorney-in-Fact an<br>P.O. Box 2358<br>Beaumont, TX 77704-2358 |
| Conns Credit Corp<br>3295 College St<br>Beaumont, TX 77701-4611 | Credit Collections Svc<br>PO Box 773<br>Needham, MA 02494-0918 | Credit Systems Intl In<br>1277 Country Club Ln<br>Fort Worth, TX 76112-2304 |
| Dept Of Ed/navient<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Eos Cca<br>Po Box 981025<br>Boston, MA 02298-1025 |
| Financial Corporation Of America<br>Attn: Bankruptcy<br>PO Box 203500<br>Austin, TX 78720-3500 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Gm Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 |
| Granite State Management & Resources<br>The US Dept of Education<br>P.O. Box 3420<br>Concord, NH 03302-3420 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Loan Express/ryl Mgt<br>25331 W IH 10<br>San Antonio, TX 78257-9504 |
| Med Business Bureau<br>PO Box 1219<br>Park Ridge, IL 60068-7219 | Medicredit, Inc<br>Po Box 1629<br>Maryland Heights, MO 63043-0629 | Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |

Navient Solutions, Inc. Department of Educat
Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Navient Solutions, Inc. on behalf of
Educational Credit Management Corporatio
P.O. Box 16408
St. Paul, MN 55116-0408

Phoenix Financial Serv
8902 Otis Ave Ste 103a
Indianapolis, IN 46216-1009

SCIL Texas dba www.speedycash.com
3611 N. Ridge Rd
Wichita, KS 67205-1214

SRP 2013-7 LLC
SN Servicing
323 5th Street
Eureka, CA 95501-0305

Servicing Corp
323 5th St
Eureka, CA 95501-0305

Sun Loan Company
6915 S Zarzamora St Ste
San Antonio, TX 78224-1111

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

US Attorney's Office
601 NW Loop 410, Ste 600
San Antonio, TX 78216-5597

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

VA Regional Office
Office of District Counsel
2515 Murworth Dr
Houston, TX 77054-1603

Cynthia Ann Ortiz
9006 Portside
San Antonio, TX 78242-3235

Danny L. Ortiz
9006 Portside
San Antonio, TX 78242-3235

J. Todd Malaise
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

J. Todd Malaise03
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

J. Todd Malaise04
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

J. Todd Malaise05
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216-3631

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Motor Credit
PO Box 8026
Cedar Rapids, IA 52408

End of Label Matrix
Mailable recipients     48
Bypassed recipients      0
Total                   48